THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MANUEL LEE JONES**                                                                                      **PLAINTIFF**

v.                                    Case No. 4:19-cv-00938-KGB

**NORTH LITTLE ROCK SCHOOL DISTRICT**                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Manuel Lee Jones' claims under the Americans With Disabilities Act, 42 U.S.C. § 12101 *et seq.*, are dismissed with prejudice.  Mr. Jones' state law claims are dismissed without prejudice.  The relief sought is denied.

So adjudged this 13th day of August, 2021.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge